IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO.VI)

FILED

MDL 875

APR - 7 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Johnnie P. Young

    Plaintiff,

v.

PA Case No.:  06-65467

American Standard, Inc., d/b/a Westinghouse Air Brake Co., et al.,

    Defendants.

## ORDER

THIS MATTER came on this day pursuant to a Motion to Substitute Parties and Amend Complaint, and the Court being of the opinion that the requested relief should be granted and no party having filed an objection to the Motion, it is accordingly,

ORDERED that William H. Monroe, Jr., Administrator of the Estate of Johnnie P. Young, Deceased be substituted in the place of Johnnie P. Young.

THAT the complaint as originally filed by Johnnie P. Young be continued on the docket.

THAT William H. Monroe, Jr. shall be granted leave to file an Amended Complaint setting forth causes of action for the wrongful death of Johnnie P. Young, deceased.

THAT any Defendant who has previously filed an Answer to the original Complaint in this matter will be deemed to have adopted that Answer to the Amended Complaint, without being required to file any further pleading; and such Defendants are also deemed to deny any new allegations in Amended Complaint; however, any such Defendant may file a new Answer if it desires to do so.

ENTERED this ___24___ day of ___March___, 2009.

_____
Judge Eduardo C. Robreno
United States District Court

I ASK FOR THIS:

/s/Kip A. Harbison
Counsel for Plaintiff